UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>1718 Connecticut Ave., N.W., Suite 200,<br>Washington, DC 20009,<br><br>       Plaintiff,<br><br>       v.<br><br>FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20580,<br><br>       Defendant. | Civil Action No.: 11-0881 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

      /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.,
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov